IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| KIMBERLY HEMPHILL | : |
| Plaintiff | : |
| v. | : Civil Action No.: L-00-1616 |
| JAMES V. ALUISI, et al. | : |
| Defendants. | : |

## LINE

This matter was recently transferred from the United States District Court for the Eastern District of Virginia (Alexandria). Plaintiff filed a Second Amended Complaint with this Court on or about June 8, 2000. Plaintiff did not name John S. Farrell in this Amended Complaint. As such, Defendant Farrell is no longer a Defendant in this matter. The Motion to Dismiss, or in the alternative, Motion for Summary Judgement filed on behalf of Defendant Farrell prior this matter being received by this Court, and the pleadings having been forwarded to this Court by the Eastern District of Virginia prior to any rulings on this Motion, can be returned to undersigned counsel and/or stricken as moot. This Line is being submitted by consent of Plaintiff's counsel.

Respectfully submitted,

Rhonda L. Weaver
Associate County Attorney
County Administration Building
Room 5121
Upper Marlboro, Maryland 20772
(301) 952-5539
Maryland Federal Bar No. 013366

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 13th day of June, 2000, a copy of the foregoing Line was sent first class mail, postage pre-paid to: Barbara Kraft, Esq., Beins, Axelford & Kraft, P.C., 1717 Massachusetts Avenue, N.W., Suite 704, Washington, D.C. 20036 and Frank Mann, Esq., Office of the Attorney General, 200 St. Paul Place, 20th Floor, Baltimore, Maryland 21202.

_____
Rhonda L. Weaver