FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2000 JUL 18 A 11: 51

CLERK'S OFFICE
AT BALTIMORE

BY_____DEPUTY

## IN THE UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF MARYLAND

KIMBERLY HEMPHILL,
    **Plaintiff**

                                              Civil Action No. L-00-1616

v.

JAMES V. ALUISI, et al.,
    **Defendants**

_____/


## ORDER

UPON CONSIDERATION of the plaintiff's motion for enlargement of time to file an opposition to defendants' motion to dismiss and for good cause shown, it is this _17_ day of July____, 2000,

ORDERED, that the plaintiffs' motion should be and is hereby granted, and that plaintiffs shall have to and including August 16, 2000, to submit an opposition to Defendant's Motion to Dismiss.

_____
JUDGE
United States District Court
for the District of Maryland