UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

Chambers of
**BENSON EVERETT LEGG**
United States District Judge

101 West Lombard Street
Baltimore, Maryland 21201
(410) 962-0723

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2000 JUL 24  P 4: 51

CLERK'S OFFICE
AT BALTIMORE
BY_____DEPUTY

July 24, 2000

MEMORANDUM TO COUNSEL RE:
    KIMBERLY HEMPHILL v. JAMES ALUISI, et al.
    CIVIL NO. L-00-1616

On July 24, 2000, the Court held a telephone conference on the record in the above matter. For the reasons stated in the conference, the Court hereby ORDERS the following:

A. Matters Concerning the Arresting Federal Agents

Plaintiff's counsel (Mr. Murphy and/or Ms. Kraft) is directed to contact the General Services Administration Federal Protective Service (FPS) to determine the identity of the federal agents (FPS officers employed by GSA) who arrested Kimberly Hemphill on September 2, 1998. Confusion over the identity of these officers is hampering the proper organization and consolidation of litigation that has arisen out of the incident.

Mr. Murphy is directed to forward a copy of this Order to his contact at FPS. FPS is to provide the names and work addresses of the agents in a letter to me, with a copy to Mr. Murphy. FPS is further directed to instruct a member of its legal staff to contact Mr. Murphy and/or Ms. Kraft for the purpose of discussing the case.

B. Scheduling

The defendants are to file a supplemental memorandum for summary judgment by August 28, 2000. Plaintiff is to respond by September 11, 2000. Defendant may reply by September 25, 2000.

In preparation for completing the supplemental memorandum, the parties are to undertake the following limited discovery:

By July 31, 2000, the plaintiff is to provide to the defendant four dates prior to August 14, 2000 on which Ms. Hemphill will be available for a deposition. The deposition of

2

Ms. Hemphill is not to exceed two (2) hours in length.

Plaintiff has leave to take a brief deposition of either or both of the defendants.

By August 7, 2000, defendant is to produce to the plaintiff: (i) any documents pertaining to the arrest of the plaintiff; and (ii) any written materials concerning the general signing of waivers such as the waiver signed by Ms. Hemphill.

Despite the informal nature of this Memorandum, it shall constitute an Order of this Court, and the Clerk is directed to docket it accordingly.

Very truly yours,

Benson Everett Legg

c:   Court file