IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MARYLAND

KIMBERLY HEMPHILL,
    Plaintiff

                                                Civil Action No. L-00-1616

v.

JAMES V. ALUISI, et al.,
    Defendants

_____/

### ORDER

UPON CONSIDERATION of Plaintiff's motion for leave to depose additional persons and enlargement of time to file an opposition to Defendants' Supplemental Memorandum to Motion for Summary Judgment and for good cause shown, it is this _15th_ day of _August_, 2000,

ORDERED, that Plaintiff's counsel has leave to depose a representative of the Prince George's County Sheriff's Department having knowledge of and being competent to testify about the origins, uses and applications (including but not limited to applications at the time of events giving rise to this action) of Procedure No. INT-60 and any other procedural or substantive rules, regulations or policies regarding liability release forms.

It is further ORDERED that Plaintiff's counsel has leave to depose Corporal Stephanie Walker-Hicks of the Prince George's County Sheriff's Department.

It is further ORDERED, that Plaintiffs' motion should be and is hereby granted, and that Plaintiff shall have up to fourteen days after the completion of all approved depositions to submit an opposition

to Defendant's Supplemental Memorandum to Motion for Summary Judgment.

*[signature]*
JUDGE Herbert N. Maletz
United States District Court
for the District of Maryland