IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

KIMBERLY HEMPHILL          :
                           :
v.                         :  CIVIL NO. L-00-1616
                           :
JAMES V. ALUISI, et al     :

ORDER

Now before the Court is Defendants' Motion to Dismiss the Second Amended Complaint or in the Alternative for Summary Judgment. On August 15, 2000, Judge Herbert Maletz granted Plaintiff's unopposed motion for leave to depose additional persons and enlargement of time to file an opposition to Defendants' motion for summary judgment.

Pursuant to the August 15 Order, Ms. Hemphill's opposition to Defendants' motion is due fourteen days after the completion of all approved depositions. This Court hereby ORDERS the parties to submit a status report by December 1, 2000 stating when the depositions will be complete.

To clean up the docket, the Court has reviewed the case file and hereby DISMISSES the following motions as MOOT:

(1) Motion by the State of Maryland, Alonzo D. Black, and James V. Aluisi to Dismiss or in the alternative for Summary Judgment (docket no. 6);

(2) Plaintiff's Unopposed Motion for Enlargement of Time (docket no. 17);

(3) Defendant John S. Farrell's Request for Hearing (docket no. 26); and

(4) Defendant John S. Farrell's Revised Request for Hearing (docket no. 27).

It is so ORDERED this 20th day of November, 2000.

_____
Benson Everett Legg
United States District Judge