IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MARYLAND

**KIMBERLY HEMPHILL,**
   **Plaintiff**

Civil Action No. L-00-1616

v.

**JAMES V. ALUISI, et al.,**
   **Defendants**

_____/

ORDER

UPON CONSIDERATION of the plaintiff's motion for leave to file out of time her opposition to defendants' pending motions to dismiss or, in the alternative, for summary judgment, it is this 15-7th day of March, 2001,

ORDERED, that the motion is granted.

_____
UNITED STATES DISTRICT JUDGE

Copies:

Barbara Kraft
Beins, Axelrod & Kraft, P.C.
1717 Massachusetts Ave., NW   Suite 704
Washington, DC 20036

Frank W. Mann, Assistant Attorney General
Office of the Attorney General
200 St. Paul Place, 20th Floor
Baltimore, MD 21202