IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

KIMBERLY HEMPHILL                 :
                                  :
     v.                           :     CIVIL NO. L-00-1616
                                  :
JAMES V. ALUISI, et al.           :
                                  :

ORDER

For the reasons stated in the Court's Memorandum of even
date, the Court hereby ORDERS that:

(i) Defendant's Motion to Dismiss the Second Amended
Complaint is DENIED without prejudice;

(ii) On or before April 13, 2001, the plaintiff shall submit
a memorandum answering the following questions:

(a) Did the defendants threaten not to release Hemphill
unless she signed the waiver?

(b) Did Hemphill remain in prison longer because she
was requested (or required) to sign the waiver?

(c) What injury has Hemphill suffered by being asked
(or required) to sign the waiver?

(d) Is an injury in fact necessary for Hemphill's
claims to survive?

(e) Was it unconstitutional to merely ask Hemphill to
sign the waiver?

(f) Did Hemphill have a right to be told what the
waiver involved?

(g) Is the waiver valid (did it in fact release the



original defendants from additional claims)?

(h) Does Hemphill intend to bring a suit against Prince
George's County that might be affected by the waiver?

(i) What specific relief does Hemphill seek?

(j) Is all discovery complete?  If not, what additional
discovery is needed?

(ii) On or before April 27, 2001, the defendants shall
submit a reply; and

(iii) A telephone conference will be held on Monday, April
30, 2001 at 5:15 p.m. to discuss further proceedings.

It is so ORDERED this _16th_ day of March, 2001.

Benson Everett Legg
United States District Judge

2