IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

KIMBERLY HEMPHILL          :
                           :
  v.                       :    CIVIL NO. L-00-1616
                           :
JAMES V. ALUISI, et al.    :
                           :

ORDER

On Wednesday, May 9, 2001 this Court held a telephone conference to discuss the Defendant's Motion to Dismiss the Second Amended Complaint, which the Court earlier denied without prejudice because the factual record was incomplete.

The factual record has been enhanced by plaintiff's April 13, 2001 filing and defendants' April 26, 2001 response. The Court will therefore reinstate the Defendant's Motion to Dismiss the Second Amended Complaint, as supplemented by the April 2001 submissions by both parties, as a Motion for Summary Judgment.

The parties agreed during the telephone conference that the Motion for Summary Judgment has been fully briefed and is ready for a decision on the merits. The Court will therefore rule on the motion in due course.

It is so ORDERED this 15TH day of May, 2001.

_____
Benson Everett Legg
United States District Judge