IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

KIMBERLY HEMPHILL          :

    v.                        :     CIVIL NO. L-00-1616

JAMES V. ALUISI, et al.    :

ORDER

For the reasons stated in the Court's Memorandum of even date, the Court hereby ORDERS that Defendants' Motion for Summary Judgment is GRANTED.

The Clerk is directed to CLOSE this case.

IT IS SO ORDERED this 14Tᵗʰ day of August, 2001.

_____
Benson Everett Legg
United States District Judge